■ EDWARD BOYLE et al., Appellants, v CENTRAL HUDSON GAS & ELECTRIC CORPORATION, Respondent. [655 NYS2d 740] —Appeal from an order of the Supreme Court (Carpinello, J.), entered March 4, 1996 in Ulster County, which, *inter alia*, granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Anthony J. Carpinello.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, with costs.